# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Joseph Kadelski and<br>Barbara Kadelski,<br><br>     Plaintiffs,<br><br>v.<br><br>AbbVie Inc., and<br>Abbott Laboratories, Inc.,<br><br>     Defendants. | **CASE NO:**<br><br>**1:16-cv-4526** |

## STIPULATION OF VOLUNTARY DISMISSAL *WITHOUT PREJUDICE*

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel hereby stipulate that Plaintiffs' complaint against Defendants be dismissed *without prejudice* and with each party to bear its own costs.

Dated: July 12, 2016

/s/: *Daniel N. Gallucci*
Dianne M. Nast
Daniel N. Gallucci
Joanne E. Matusko
**NASTLAW LLC**
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
Telephone: (215) 923-9300
Facsimile: (215) 923-9302
Email: dnast@nastlaw.com
dgallucci@nastlaw.com
jmatusko@nastlaw.com

*Attorneys for Plaintiffs*

/s/: *Michelle H. Yeary*
Michelle H. Yeary
**DECHERT LLP**
902 Carnegie Center
SUITE 500
Princeton, New Jersey 08540
Telephone: (609) 955-3277
Facsimile: (609) 955-3259
Email: michelle.yeary@dechert.com

*Attorney for AbbVie, Inc. Abbott Laboratories, AbbVie Products LLC, and Unimed Pharmaceuticals LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 12, 2016, I caused a true and correct copy of the foregoing STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE to be served via the Court's CM/ECF filing system, which will provide notice to all counsel of record.

*/s/ Daniel N. Gallucci*
Daniel N. Gallucci